JASON M. FRIERSON
United States Attorney
Nevada Bar Number 7709
IMANI L. DIXON
Assistant United States Attorney
Nevada Bar Number 15724
District of Nevada
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6418
imani.dixon@usdoj.gov
Counsel for the United States

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:23-mj-91-DJA |
| Plaintiff, | ) |
| vs. | ) ORDER TO CONTINUE BENCH TRIAL (Second Request) |
| SERGIO SALGADO, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Imani L. Dixon, Assistant United States Attorney, counsel for the United States of America, and Dan Hill, counsel for Defendant, that the bench trial in the above-captioned matter, currently scheduled for August 30, 2023, at the hour of 9:00 a.m., be vacated and continued for thirty (30) days or to a date time convenient to the Court.

This stipulation is entered into for the following reasons:

1.      Counsel for the defendant needs additional time to review discovery and conduct investigation in this case to determine whether there are any pretrial issues that must be litigated and whether the case will ultimately go to trial or will be resolved through negotiations.

1

2.      The Defendant is out of custody and do not oppose the continuance.

3.      The parties agree to the continuance.

This is the second request for continuance of the trial in this case.


DATED this 29th day of August, 2023.


Respectfully submitted,

JASON M. FRIERSON
United States Attorney


/s/  *Dan Hill*                                                /s/  *Imani Dixon*
DAN HILL                                              IMANI L. DIXON
Counsel for defendant                        Assistant United States Attorney
**SERGIO SALGADO**

2

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 2:23-mj-91-DJA |
| Plaintiff, | ) | ORDER CONTINUING |
| | ) | BENCH TRIAL |
| vs. | ) | |
| SERGIO SALGADO, | ) | |
| Defendant. | ) | |

Based on the pending stipulation of counsel, and good cause appearing therefore,

IT IS HEREBY ORDERED that the bench trial in the above-captioned matter currently scheduled for August 30, 2023, at the hour of 9:00 a.m., be vacated and continued to November 8, 2023, at 9:00 a.m., Courtroom 3A.

DATED this _____29th_____ day of August, 2023.

_____
DANIEL J. ALBREGTS
United States Magistrate Judge