JASON M. FRIERSON
United States Attorney
Nevada Bar Number 7709
IMANI L. DIXON
Assistant United States Attorney
Nevada Bar Number 15724
District of Nevada
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6418
imani.dixon@usdoj.gov
Counsel for the United States

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:23-mj-91-DJA |
| Plaintiff, | |
| vs. | ORDER TO VACATE BENCH TRIAL AND CONTINUE CHANGE OF PLEA HEARING (Third Request) |
| SERGIO SALGADO, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Imani L. Dixon, Assistant United States Attorney, counsel for the United States of America, and Dan Hill, counsel for Defendant, that the bench trial in the above-captioned matter, currently scheduled for November 8, 2023, at the hour of 9:00 a.m., be vacated and a Change of Plea hearing be continued for thirty (30) days or to a date time convenient to the Court.

This stipulation is entered into for the following reasons:

1.  The Defendant wishes to accept the government's proposed plea agreement to resolve this case.

2.  Counsel for the Defendant has a conflicting hearing in State court.

3.     The Defendant is out of custody and do not oppose the continuance.

4.     The parties agree to the continuance.

This is the third request for continuance of the trial in this case.

DATED this 7th day of November, 2023.

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

/s/  Dan Hill                                    /s/ Imani Dixon
DAN HILL                                         IMANI L. DIXON
Counsel for defendant                            Assistant United States Attorney
**SERGIO SALGADO**

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>  Plaintiff, <br><br> vs. <br><br> SERGIO SALGADO, <br><br>  Defendant. | Case No.: 2:23-mj-91-DJA <br><br> STIPULATION TO VACATE BENCH TRIAL AND CONTINUE CHANGE OF PLEA HEARING |

Based on the pending stipulation of counsel, and good cause appearing therefore,

IT IS HEREBY ORDERED that the bench trial in the above-captioned matter currently scheduled for November 8, 2023, at the hour of 9:00 a.m., be vacated and continued to December 13, 2023, at 10:00 a.m., Courtroom 3A.

DATED this 7th day of November, 2023.

_____
DANIEL J. ALBREGTS
United States Magistrate Judge

3