DANIEL HILL, ESQ.
HILL FIRM PLLC
Nevada Bar No. 12773
228 S. 4th Street, 3rd Floor
Las Vegas, Nevada 89101
(702) 848-5000
dan@hillfirmlawyers.com
*Attorney for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SERGIO SALGADO,<br><br>　　　　Defendant. | Case No. 2:23-mj-00091-DJA<br><br>**ORDER TO CONTINUE STATUS CHECK** |

　　This is Sergio Salgado's stipulation to continue his status check on requirements.

　　The motion is made on the following bases:

　　1.　Mr. Salgado entered into a petty offense plea agreement that contemplated various requirements.

　　2.　The Court, because of a conflict, scheduled by minute order a status check on his requirements for August 9, 2024.

　　3.　Defense counsel is out of town on that day.

///
///
///
///
///
///
///

1  4. Accordingly, Mr. Salgado respectfully requests that the status check on
2  requirements be continued to a future date convenient for this Court, approximately two weeks
3  out.
4  DATED this 31st day of July 2024.

By: */s/ Daniel Hill*
DANIEL HILL
*Counsel for the Defendant*

By: */s/ Skyler Pearson*
SKYLER PEARSON
*Counsel for the Government*

11  / / /
12  / / /
13  / / /
14  / / /
15  / / /
16  / / /
17  / / /
18  / / /
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SERGIO SALGADO, <br><br> Defendant. | Case No. 2:23-mj-00091-DJA <br><br> **ORDER** |

This matter comes before the Court on Sergio Salgado's stipulation to continue his status check. Based upon the stipulation and good cause appearing,

IT IS HEREBY ORDERED that the status check currently scheduled for August 9, 2024 is VACATED and continued to September 13, 2024, at 11:30 a.m., Courtroom 3A.

DATED: August 1, 2024                        .

_____
Hon. Daniel J. Albregts
U.S. MAGISTRATE JUDGE