JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
SKYLER H. PEARSON
Assistant Unites States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Skyler.Pearson@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No.:    2:23-mj-0091-DJA |
| ) | |
| v. ) | **STIPULATION TO CLOSE CASE** |
| ) | |
| SERGIO SALGADO, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

IT IS STIPULATED AND AGREED, by and between JASON M. FRIERSON,

United States Attorney, and Skyler Pearson, Assistant United States Attorney, counsel for the

United States of America, and Daniel Hill, Esquire, counsel for the defendant Sergio Salgado,

that the above-captioned matter be closed.

This Stipulation is entered into based upon the following:

1.      On or about December 13, 2023, defendant entered into a Petty Offense

Agreement with the United States in which he agreed to plead guilty to Count One of the

Complaint, Operating a Motor Vehicle while Under the Influence of Drugs and Alcohol, in

violation of 36 C.F.R. § 4.23(a)(1). *See* ECF No. 11.

2.      The parties agreed to recommend that defendant be sentenced to one year of

unsupervised probation with the following special conditions: (i) pay a $400.00 fine and a

mandatory $10 penalty assessment; (ii) attend and complete the Lower Court Counseling's (1) DUI course and (2) Victim Impact Panel; (iii) complete an eight (8) hour online alcohol awareness course; (iv) not return to Lake Mead National Recreation Area for a period of six (6) months; and (v) not violate any local, state, or federal laws for a period of six (6) months. If the defendant successfully completes his obligations within six months of unsupervised probation, the court will allow the defendant to withdraw his guilty plea to count one and the government will move to amend count one to reckless driving.

3. On December 13, 2023, this Court sentenced defendant pursuant to the parties' plea agreement. *See* ECF No. 11.

4. Since commencing her term of unsupervised probation, defendant has successfully completed conditions (i), (ii), (iii), and (iv).

///
///
///
///
///
///
///
///
///
///
///
///
///

2

5.      As such, the parties jointly request that the defendant be allowed to withdraw his guilty plea to count one and the government moves to amend count one to reckless driving. The parties also jointly request that the above-captioned matter be closed.

DATED this 12th day of September, 2024.

Respectfully submitted,

JASON M. FRIERSON
United States Attorney


 /s/ Daniel Hill                              /s/ Skyler Pearson
DANIEL HILL, ESQ.                      SKYLER PEARSON
Attorney for Defendant                  Assistant United States Attorney
**SERGIO SALGADO**

# UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF NEVADA

UNITED STATES OF AMERICA,    )
                         )
        Plaintiff,          )      Case No.:    2:23-mj-0091-DJA
                         )
vs.                       )      **ORDER TO CLOSE THE CASE**
                         )
SERGIO SALGADO,          )
                         )
        Defendant.      )
                         )
_____)

     Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

     1.     Defendant Sergio Salgado has successfully completed the conditions of his sentencing.

## ORDER

     IT IS HEREBY ORDERED that the defendant is allowed to withdraw his guilty plea to count one and that the count one is amended to reckless driving.

     IT IS FURTHER ORDERED that the case is closed.

     DATED this _____17th_____ day of September, 2024

_____
UNITED STATES MAGISTRATE JUDGE